

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 2:23CR50 |
| ADA LILIAN ROWE, | |
| Defendant. | |

## STATEMENT OF FACTS

The United States and the defendant, ADA LILIAN ROWE ("ROWE") stipulate that the allegations in Count Two of the Indictment and the following facts are true and correct, and that had the matter gone to trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and competent evidence:

1. On August 31, 2022, an undercover Norfolk Vice and Narcotics Detective ("UC") made contact with an Instagram account run by ROWE that was offering the sale of suspected marijuana, psilocybin and other marijuana laced products for sale. Psilocybin is a constituent of "Magic mushrooms." During the conversation, ROWE directed the UC to send a photo of himself with ID to a phone number in order to be "verified" and continue to make purchase.

2. After sending the required photos, the UC was sent a link to a separate messaging group where a menu of all items for sale is posted regularly. The UC ordered 1 oz of marijuana and was given a price of $240.00 in cash or $245.00 in digital payment. Due to other obligations, the UC was not able to make the purchase but used the information to identify the individual on the Instagram account as ROWE.

1



3. The UC then conducted a series of controlled buys of psilocybin mushrooms from ROWE on three different dates, including September 19, 2022, October 5, 2022, and October 12, 2022. Each buy took place outside ROWE's residence, an address located on Chatham Circle in Norfolk, Virginia.

4. On October 18, 2022, the UC made contact with ROWE and ordered ½ oz of psilocybin mushrooms, to be picked up on later that same day. At approximately 1 p.m. later that day, ROWE agreed to meet at an address on Tidewater Drive, in Norfolk. Once Rowe was at the location and delivered the UC the psilocybin mushrooms, officers were able to take her in custody without incident.

5. On the same date, a state search warrant was executed at ROWE's Norfolk residence. The investigative team recovered multiple items, including 6 boxes of 18 capsules of psilocybin mushroom; 4 boxes of THC vape cartridges; 10 commercial cans of THC candies; 17 jars of THC edibles; 11 commercial boxes of psilocybin mushroom bars weighing approximately 757.79 grams; 8 tea bags of psilocybin mushroom tea weighing approximately 14.24 grams; 1 plastic bag of psilocybin mushrooms weighing approximately 15.93 grams; 1 plastic bag of suspected psilocybin mushrooms weighing approximately 6.23 grams; psilocybin mushrooms weighing approximately 113.39 grams; marijuana, narcotics sales ledgers, two iPhones, one iPad, approximately $1,605 in cash; ammunition; and a pistol.

6. Marijuana is a Schedule I controlled substance. Psilocybin is a Schedule I controlled substance.

7. Norfolk is located within the Eastern District of Virginia.

8. The acts taken by the defendant, ADA LILIAN ROWE, in furtherance of the offenses charged in this case, including the acts described above, were done willfully and

2



knowingly with the specific intent to violate the law. The defendant acknowledges that the foregoing statement of facts is a partial summary of the case and does not describe all of the defendant's conduct relating to the offenses charged in this case, nor does it identify all of the persons with whom the defendant may have engaged in illegal activities.

                Respectfully submitted,

                Jessica D. Aber
                United States Attorney

By:   */s/ Megan M. Montoya*
       Megan M. Montoya
       Assistant United States Attorney



UNITED STATES v. ADA LILIAN ROWE, 2:23cr50

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, ADA LILIAN ROWE, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

*(signature)*
ADA LILIAN ROWE
Defendant

I am counsel for ADA LILIAN ROWE. I have carefully reviewed the above Statement of Facts with her. To my knowledge, her decision to stipulate to these facts is an informed and voluntary one.

*(signature)*
Anthony Gantous, Esq.
Attorney for ADA LILIAN ROWE

